# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL OF CARPENTERS'
EMPLOYEE BENEFITS FUND, et al.,

                  Plaintiffs,

                                Case No.  16-13422
v.                              Hon. John Corbett O'Meara

CAASTI CONTRACTING SERVICES, INC., a Michigan
corporation, and CANDICE TAYLOR, an individual and
JOANN TAYLOR, an individual, jointly and severally.

                  Defendants.

| | |
|---|---|
| NOVARA TESIJA, P.L.L.C.<br>Bryan M. Beckerman (P51925)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 2370<br>Southfield, MI 48075<br>(248) 354-0380<br>bmb@novaratesija.com | CAASTI PROFESSIONAL CONTRACTING SERVICE, INC., D/B/A CAASTI CONTRACTING SERVICES, INC.; CANDICE TAYLOR; JOANN TAYLOR; In Pro Per<br>jtaylor@caasti.com; ctaylor@caasti.com |

## ORDER FOR DEFAULT JUDGMENT

At a session of said Court,
held in ~~Detroit~~, *Ann Arbor*, Michigan

on _January 4, 2018_

**FILED**

JAN - 5 2018

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

PRESENT: Hon. John Corbett O'Meara
U.S. District Court Judge

THIS MATTER CAME before the Honorable Court on Plaintiffs' Motion for the Entry of

a Default Judgment; and the Court being otherwise fully advised in the premises; this Honorable

Court hereby finds that:

    1.     Defendants Caasti Professional Contracting Service, Inc. d/b/a Caasti Contracting

           Services, Inc., Candice Taylor and Joann Taylor all failed, refused and/or

neglected to appear for the duly noticed September 8, 2017 Scheduling Conference before this Honorable Court; and

2.  Due to Defendants Caasti Professional Contracting Service, Inc., d/b/a Caasti Contracting Services, Inc.'s, Candice Taylor's and Joann Taylor's refusal and/or failure to appear, Plaintiffs requested Defaults be entered against all Defendants on September 15, 2017 (**Dkt. 26**).

3.  A Clerk's Entry of Default was entered against Defendants Caasti Professional Contracting Service, Inc. d/b/a Caasti Contracting Services, Inc.; Candice Taylor and Joann Taylor on October 20, 2017 (**Dkt. 29**).

4.  Upon information, knowledge and belief, Defendants Caasti Professional Contracting Service, Inc. d/b/a Caasti Contracting Services, Inc., Candice Taylor and Joann Taylor are not infants, or incompetent persons and are not engaged in the military service.

**WHEREFORE, BASED UPON THE ABOVE, IT IS HEREBY ORDERED** that Plaintiffs shall have judgment against Defendants Caasti Professional Contracting Service, Inc. d/b/a Caasti Contracting Services, Inc., a Michigan corporation, Candice Taylor, an individual, and Joann Taylor, an individual, jointly and severally, pursuant to 29 U.S.C. 1132(g)(2) in the amount of $78,410.07, consisting of $72,588.62 in unpaid fringe benefit contributions, liquidated damages and accumulated interest, court costs of $445.45 and attorneys fees of $5,376.00.

**IT IS FURTHER ORDERED** that this Honorable Court shall retain jurisdiction of this matter pending satisfaction of this Judgment and/or compliance with any additional orders of this Honorable Court.

**IT SO ORDERED.**

_U. S District Court Judge_

W:\FUNDS\Mrcc\LITIGATION\Caasti Construction\Pleadings\Default Judgment\Order For Default Judgment.Doc